Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Bethany Wang Balchunas
Assistant Federal Public Defender
California State Bar No. 343342
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Bethany_WangBalchunas@fd.org


*Attorney for Petitioner Jonathan Jair Hernandez-Retana

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Jonathan Jair Hernandez-Retana, | Case No. 2:26-cv-01790-RFB-BNW |
| Petitioner, | **Unopposed Motion for Extension of Time to File Amended Petition** |
| v. | |
| Todd Blanche, *et al.*, | **(First Request)** |
| Respondents. | |

Petitioner Jonathan Jair Hernandez-Retana requests that this Court extend the deadline for filing his amended petition for a writ of habeas corpus by ten days, until July 6, 2026. This is the first request for an extension of this deadline.

Undersigned counsel entered her appearance on behalf of Mr. Hernandez-Retana on June 17, 2026. ECF No. 6. On June 22, 2026, counsel met with Mr. Hernandez-Retana and, on June 23, 2026, counsel requested further records from the Las Vegas immigration court.[1] Counsel therefore requires additional time to

---

[1] Respondents provided counsel with some immigration court records on June 22, 2026, but these records did not include the audio from Mr. Hernandez-Retana's bond hearing.

receive and review these records and, if necessary, meet with Mr. Hernandez-Retana again before preparing his amended petition.

On June 23, 2026, undersigned counsel conferred with Tamer B. Botros, counsel for Respondents, who indicated that he has no objection to this request.

Accordingly, Mr. Hernandez-Retana respectfully requests that the Court extend the deadline for filing an amended petition from June 26, 2026, to July 6, 2026.

This request is made in good faith and not for the purpose of delay.

Dated June 24, 2026.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

/s/ Bethany Wang Balchunas
Bethany Wang Balchunas
Assistant Federal Public Defender

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE

DATED:  June 25, 2026.

2