Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Bethany Wang Balchunas
Assistant Federal Public Defender
California State Bar No. 343342
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Bethany_WangBalchunas@fd.org


*Attorney for Petitioner Jonathan Jair Hernandez-Retana

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Jonathan Jair Hernandez-Retana,<br><br>Petitioner,<br><br>v.<br><br>Todd Blanche, *et al.*,<br><br>Respondents. | Case No. 2:26-cv-01790-RFB-BNW<br><br>**Unopposed Motion for Extension of Time to File Amended Petition**<br><br>**(Second Request)** |

Petitioner Jonathan Jair Hernandez-Retana requests that this Court extend the deadline for filing his amended petition for a writ of habeas corpus by seven days, until July 13, 2026. This is the second request for an extension of this deadline.

On June 22, 2026, the United States Attorney's Office (USAO) provided undersigned counsel with some of Mr. Hernandez-Retana's immigration court records, but these records did not include the audio recording of Mr. Hernandez-Retana's bond hearing. Hence, on June 23, 2026, counsel requested the bond hearing audio directly from the Las Vegas immigration court. On June 30, 2026, the Las Vegas immigration court informed the Federal Public Defender's Office that all

records requests must now be processed through the USAO. On July 2, 2026, counsel for the government, Tamer B. Botros, confirmed via email that the USAO will provide the bond hearing audio from Mr. Hernandez-Retana's case to undersigned counsel once the USAO receives it.

Counsel requires additional time to receive and review the bond hearing audio and, if necessary, meet with Mr. Hernandez-Retana again before preparing his amended petition. Accordingly, Mr. Hernandez-Retana respectfully requests that the Court extend the deadline for filing an amended petition from July 6, 2026, to July 13, 2026. On July 2, 2026, Mr. Botros indicated that he has no objection to this request.

This request is made in good faith and not for the purpose of delay.

Dated July 2, 2026.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

/s/ Bethany Wang Balchunas
Bethany Wang Balchunas
Assistant Federal Public Defender

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE

DATED:  July 6, 2026.

2