Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Bethany Wang Balchunas
Assistant Federal Public Defender
California State Bar No. 343342
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Bethany_WangBalchunas@fd.org


*Attorney for Petitioner Jonathan Jair Hernandez-Retana

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Jonathan Jair Hernandez-Retana, | Case No. 2:26-cv-01790-RFB-BNW |
| Petitioner, | **Unopposed Motion for Extension of Time to File Amended Petition** |
| v. | **(Third Request)** |
| Todd Blanche, *et al.*, | |
| Respondents. | |

Petitioner Jonathan Jair Hernandez-Retana requests that this Court extend the deadline for filing his amended petition for a writ of habeas corpus by four days, until July 17, 2026. This is the third request for an extension of this deadline.

Undersigned counsel requested the audio recording of Mr. Hernandez-Retana's bond hearing directly from the Las Vegas immigration court on June 23, 2026, because the United States Attorney's Office had not included the recording in its June 22, 2026, production of records. Counsel did not receive the recording from

the immigration court until July 6, 2026.[1] Counsel requires additional time to investigate the Los Angeles County Superior Court charges that the immigration judge relied upon in denying bond before filing Mr. Hernandez-Retana's amended petition.

Accordingly, Mr. Hernandez-Retana respectfully requests that the Court extend the deadline for filing an amended petition from July 13, 2026, to July 17, 2026. On July 13, 2026, counsel for the government, Tamer B. Botros, indicated that he has no objection to this request.

This request is made in good faith and not for the purpose of delay.

Dated July 13, 2026.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Bethany Wang Balchunas*
Bethany Wang Balchunas
Assistant Federal Public Defender

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE

DATED:  July 14, 2026.

---

[1] The delay in receiving the audio recording of the bond hearing was the basis for Mr. Hernandez-Retana's two previous requests for extensions of the amended petition deadline. *See* ECF Nos. 9, 11.

2